IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

22-21334

| | |
|---|---|
| In Re: | : Bankruptcy No. |
| **Altmeyer Home Stores, Inc.** | : |
| | : Chapter **7** |
| | : |
| Debtor | : |
| | : |
| **Altmeyer Home Stores, Inc.** | : |
| Movant | : Related to Document No. 1 |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| No Respondent | : |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I,  __Kathryn L. Harrison 209601__ , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Kathryn L. Harrison**

 Signature
**Kathryn L. Harrison 209601**

Typed Name
**310 Grant Street, Suite 1700**
**Pittsburgh, PA 15219**

Address
**412-261-0310 Fax:412-261-5066**

Phone No.
**209601 PA**

List Bar I.D. and State of Admission

22-21334

A L Ellis, Inc.
113 Griffin Street
Fall River, MA 02724

A-Line Greetings LLC
2050 International Way #E
Port Huron, MI 48060

Achim Importing Co., Inc.
1600 Livingston Avenue North
North Brunswick, NJ 08902

ACL/The Joint Venture LP
211 N. Stadium Blvd.
Ste. 201
Columbia, MO 65203

Adorable Pillows Mfg., Inc.
902 Essex Street
Brooklyn, NY 11208

ADP
99 Jefferson Road
Parsippany, NJ 07054

22-21334

American Express
P.O. Box 1270
Newark, NJ 07101

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197

B&G Sales, Inc.
1750 N. 25th Avenue
Melrose Park, IL 60160

Beatrice Home Fashions, Inc.
151 Helen Street
P.O. Box 86
South Plainfield, NJ 07080

Bed Bath Fashions, Inc.
570 South Ave East
Ste. B-2
Cranford, NJ 07016

Better Home Plastics Corp.
439 Commercial Avenue
Palisades Park, NJ 07650

22-21334

Biddeford Blankets, LLC
13820 W. Business Center Drive
Lake Forest, IL 60045

Big Hairy Dog Tech Support
3205 Ramos Circle
Sacramento, CA 95827

Bookminders
Jane Ahlstrom, Senior Accountant
101 S. 10th Street
Pittsburgh, PA 15203

Briarwood Lane
18 Collings Avenue
West Berlin, NJ 08091

Broder Mfg., Inc.
P.O. Box 370182
Brooklyn, NY 11237

Butler Area Sewage Authority
100 Litman Road
Butler, PA 16001

22-21334

Butler Eagle
P.O. Box 271
Butler, PA 16003


Candle Warmers
12397 S. 300 E.
Suite 400
Draper, UT 84020


Carnation Home Fashions
P.O. Box 823
Milford, PA 18337


Carson Home Accents
189 Foreman Road
Freeport, PA 16229


Cayan, LLC
101 Arch Street
9th Floor
Boston, MA 02110


Century Link
P.O. Box 1319
Charlotte, NC 28201

22-21334

Century Square Realty Corp.
12 Grandview Circle
Canonsburg, PA 15317




CIT Commercial Services, Inc.
Lintex Linens, Inc.
P.O. Box 1036
Charlotte, NC 28201




CIT Commercial Services, Inc.
COBRA Trading
P.O. Box 1036
Charlotte, NC 28201




CIT Commercial Services, Inc.
Stylemaster
P.O. Box 1036
Charlotte, NC 28201




CIT Commercial Services, Inc.
KASSATEX
P.O. Box 1036
Charlotte, NC 28201




City of Uniontown Sewage System
Room 106
First Floor City Hall
20 N. Gallatin Avenue
Uniontown, PA 15401

22-21334

Columbia Gas
P.O. Box 70285
Philadelphia, PA 19176



Common Threads
Sharon Thompson - Seamstress
322 North Second Street
Apollo, PA 15613



Commonwealth Home Fashions
P.O. Box 10032
555 Patroon Creek Blvd.
Albany, NY 12206



Commonwealth Soap & Toiletries
537 Quequechan Street
Fall River, MA 02721



County Hauling
900 Tyrol Blvd.
Belle Vernon, PA 15012



Creatively Designed Products, Inc.
250 Creative Drive
Central Islip, NY 11722

22-21334

D-Bug Pest Control, Inc.
456 Frye Farm Road
Greensburg, PA 15601

Designer Greetings
P.O. Box 1477
Edison, NJ 08818

Detec-A-Crime Security Services
P.O. Box 11407
Pittsburgh, PA 15239

Diamond Visions, Inc.
401 W. Marquette Ave.
Oak Creek, WI 53154

Direct International, Inc.
1536 First Street
Newton Falls, OH 44444

Duquesne Light Co.
P.O. Box 371324
Pittsburgh, PA 15250

22-21334

Ed Frisbee
3409 William Street
New Castle, PA 16101

Empire Candle Co., LLC
P.O. Box 219864
Kansas City, MO 64121

FI Real Estate Capital Management LLC
9 S. Mill Street
Hopkinton, MA 01748

Franklin Twp. Municipal Sanitary Auth.
3001 Meadowbrook Road
Murrysville, PA 15668

Full Service Network
600 Grant St., 30th Floor
Pittsburgh, PA 15219

General Cleaning Johnstown
227 Franklin Street
P.O. Box 726
Johnstown, PA 15907

22-21334

Heritage Lace
309 South Street
Pella, IA 50219


Highland Sewer & Water Authority
12 Tank Drive
Johnstown, PA 15904


Highland Woodcrafters (Counter Art)
P.O. Box 1509
Ocala, FL 34478


Interdesign, Inc.
29424 Network Pl.
Chicago, IL 60673


IO Business Music
5025 W. Lemon Street
Suite 200
Tampa, FL 33609


Irvine Tinware
115 Cedar Lane
Mount Pleasant Mills, PA 17853

22-21334

J.J. Gumberg Co.
Brinton Executive Center
1051 Brinton Road
Pittsburgh, PA 15221-4599


Jarral, Inc.
205 Deep Springs Drive
Chittenango, NY 13037


John Camanici
2265 Tilbrook Road
Monroeville, PA 15146


John Ritzenthaler Co.
P.O. Box 821639
Philadelphia, PA 19182


Johnstown Shopping Center LLC
1851 W. Indiantown Road
Suite 101
Jupiter, FL 33458


K.C. Express Vending
121 Safari Drive
Jeannette, PA 15644

22-21334

Kay Dee Designs
P.O. Box 845171
Boston, MA 02284

Kenney Manufacturing Co.
1000 Jefferson Blvd.
Warwick, RI 02886

Klear-Vu Corporation
600 Airport Road
Fall River, MA 02720

Lafayette Interior Fashions
P.O. Box 1874
Warsaw, IN 46581

Laminet
4900 W. Bloomingdale Avenue
Chicago, IL 60639

Lodovico Window Cleaning, Inc.
P.O. Box 341
Murrysville, PA 15668

22-21334

Louis Plung & Company LLP
420 Ft. Duquense Boulevard
Suite 1900
Pittsburgh, PA 15222

Marc-Services, Inc.
135 5th Street, Suite 3
Windber, PA 15963

Marco International Inc.
P.O. Box 387
Alief, TX 77411

MAWC
PO Box 800
Greensburg, PA 15601

Mayrich Company
1010 Sesame Street
Chicago, IL 60639

Maytex Mills, Inc.
261 Fifth Avenue
Floor 17
New York, NY 10016

22-21334

Milberg Factors - Arlee
P.O. Box 730718
Dallas, TX 75373

Milberg Factors - Garland Carpet & Rug
P.O. Box 730718
Dallas, TX 75373

Milberg Factors - Lichtenburg
P.O. Box 730718
Dallas, TX 75373

Milestone Dev. Ltd. Partnership
6515 Route 22
Delmont, PA 15626

Mohawk Factoring, LLC
P.O. Box 935550
Atlanta, GA 31193

Municipal Authority of Westmoreland Cty.
PO Box 800
Greensburg, PA 15601

22-21334

Municpal Sanitary Authority
P.O. Box 666
New Kensington, PA 15068

National Fuel
P.O. Box 371835
Pittsburgh, PA 15250

NFCMA
1634 University Drive
P.O. Box 368
Dunbar, PA 15431

North Fayette County Municipal Authority
1634 University Drive
P.O. Box 368
Dunbar, PA 15431

Ontel Products Corporation
21 Law Drive
Fairfield, NJ 07004

PA American Water
P.O. Box 371412
Pittsburgh, PA 15250

22-21334

Paramount Sales Group, LLC
1333A North Avenue
#330
New Rochelle, NY 10804


Penelec
PO Box 3687
Akron, OH 44309-3687


Peoples
PO Box 644760
Pittsburgh, PA 15264


Peoples
P.O. Box 747105
Pittsburgh, PA 15274


Pittsburgh-Fayette Express
400 Main Street
Belle Vernon, PA 15012


PMF Trailer Rental, LLC
22068 Perry Highway
Zelienople, PA 16063

22-21334

Popular Bath Products, Inc.
808 Georgia Avenue
Brooklyn, NY 11207

Priority 1 Inc.
P.O. Box 840808
Dallas, TX 75284

Pro Disposal, Inc.
P.O. Box 364
Portage, PA 15946

Pro Gas
4700 Bocktown Road
Aliquippa, PA 15001

Ralph Friedland & Bros. Inc.
17 Industrial Drive
Keyport, NJ 07735

Regent Products Corp., LLC DIV
8999 Palmer Street
River Grove, IL 60171

22-21334

Reliance Packaging
2963 Route 66
Export, PA 15632


Republic Services
234 Landfill Road
Scottdale, PA 15683


Ricardo Trading
953 Islington Street
Suite 22
Portsmouth, NH 03801


Riviera Textile Corp.
295 5th Avenue
Suite 703
New York, NY 10016


Robert Altmeyer
3830 School Road
Murrysville, PA 15668


Rod Altmeyer
340 S. Palm Avenue
Unit 61
Sarasota, FL 34236

22-21334

Rosenthal & Rosenthal Inc. - Telebrands
P.O. Box 88926
Chicago, IL 60695

Safdie International, Inc.
8191 Chem. Montview
Mont-Royal QC, Canada
H4P 2P2

Sanders Services, LLC
186 Grange Road
Mc Clellandtown, PA 15458

Saturday Knight Ltd.
4330 Winton Road
Cincinnati, OH 45232

Shopper Approved
155 31st Street
Ogden, UT 84401

Sidecar Interactive, Inc.
P.O. Box 97235
Las Vegas, NV 89193

22-21334

Special T Imports, Inc,
P.O. Box 57
Woodland, CA 95776

Springs Window Fashions
P.O. Box 945792
Atlanta, GA 30394

Telecheck Services, Inc.
P.O. Box 6604
Hagerstown, MD 21741

The Naked Bee
4434 Sutherland Avenue
P.O. Box 11408
Knoxville, TN 37939

Trib Total Media
622 Cabin Hill Drive
Greensburg, PA 15601

Uline
P.O. Box 88741
Chicago, IL 60680

22-21334

Union Real Estate
One Oxford Centre
301 Grant Street, Suite 1250
Pittsburgh, PA 15219

Universal Commercial Services, Inc.
2294 N. Chamberlain Street
Terre Haute, IN 47805

Valassis Direct Mail, Inc.
90469 Collection Center Drive
Chicago, IL 60693

Value Tech
113 Seaboard Lane, A-200
Franklin, TN 37067

Vector Security
P.O. Box 89462
Cleveland, OH 44101-6462

Verizon
PO Box 15124
Albany, NY 12212-5124

22-21334

Versailles Home Fashions, Inc.
555 Ave Lee
Baie-d'Urfe, QC Canada
H9X 3S3

West Penn Power
P.O. Box 3687
Akron, OH 44306

Xerox Financial Services
P.O. Box 202882
Dallas, TX 75320

Zenith Home Corp.
P.O. Box 12468
Newark, NJ 07101

Robert L. Newman
c/o J.J. Gumberg Co.
Brinton Executive Center
1051 Brinton Road
Pittsburgh, PA 15221-4599